```
                              IT IS HEREBY ADJUDGED
                              and DECREED this is SO
                              ORDERED.
```

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: March 12, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03592

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-01176-SSC |
| James W. Reikes and Jamie N. Reikes<br>  Debtors. | Chapter 7 |
| U.S. Bank National Association, as Trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1 | ORDER |
| Movant,<br>vs. | (Related to Docket #10) |
| James W. Reikes and Jamie N. Reikes, Debtors, Robert A. MacKenzie, Trustee. | |
| Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 29, 2005 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for the holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1 is the current beneficiary and James W. Reikes and Jamie N. Reikes have an interest in, further described as:

> Lot 1041, VILLAGES NORTH CONDOMINIUMS, according to Declaration of Condominium recorded in Document No. 95-65120 and re-recorded in Document No. 95-87467 and Affidavit of Change recorded in Document No. 95-116865, and Plat recorded in Book 390 of Maps, page 24, records of Maricopa County, Arizona;
>
> TOGETHER WITH an undivided interest in the common elements as set forth in said Declaration and Plat and any Annexations thereto.
>
> Except all oil, gas and other hydrocarbon substances, helium or other substances of a gaseous nature, geothermal resources, coal, metals, minerals, fossils, fertilizer of every name and description and except all materials which may be essential to the production of fissionable material as reserved in Arizona Revised Statutes in Instrument No. 87-755088.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.